JS-6

|  |  |
|---|---|
| 1 | LEMON LAW ASSOCIATES OF CALIFORNIA |
| 2 | SUSAN A. YECK (129031)<br>2900 Adams Street, Suite A-340<br>Riverside, CA 92504 |
| 3 | Tel: (951) 977-8110<br>Fax: (951) 531-7997 |
| 4 | Email: syeck@lemonlawassociates.com<br>Email: jrodriguez@lemonlawassociates.com |
| 5 |  |
| 6 | Attorneys for Plaintiff<br>FERNANDO NUNEZ-PEREZ |
| 7 | WILSON TURNER KOSMO LLP |
| 8 | ROBERT A. SHIELDS (206042)<br>HANG ALEXANDRA DO (305839) |
| 9 | 402 West Broadway, Suite 1600<br>San Diego, California  92101 |
| 10 | Telephone:  (619) 236-9600<br>Facsimile:   (619) 236-9669 |
| 11 | E-mail: rshields@wilsonturnerkosmo.com<br>E-mail: hdo@wilsonturnerkosmo.com |
| 12 | E-mail: warrantyeservice@wilsonturnerkosmo.com |
| 13 | Attorneys for Defendant<br>FORD MOTOR COMPANY |

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| Fernando Nunez-Perez, | Case No. 5:22-cv-1243-SSS (SPx) |
|---|---|
| Plaintiff, | **ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE** |
| v. |  |
| Ford Motor Company, a Corporation, and DOES 1 through 10, inclusive, | State Ct. Complaint Filed: May 31, 2022 |
| Defendant. | District Judge: Sunshine Suzanne Sykes |
|  | Magistrate Judge: Sheri Pym |
|  | Trial Date: Not set |

///

///

///

The Court hereby grants Plaintiff Fernando Nunez-Perez's and Defendant Ford Motor Company's Joint Stipulation for Dismissal of All Claims With Prejudice.

GOOD CAUSE APPEARING, it is hereby ORDERED that: Plaintiff's Complaint shall be dismissed with prejudice.

**IT IS SO ORDERED**.

DATED: July 21, 2023                    BY: _____
                                        HON. SUNSHINE SUZANNE SYKES
                                        Judge of the District Court